# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | VALERIAN A. & RENEE J. KARLSKI |
| **Case Number:** | 15-24514-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 28, 2016  11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#7 - Final Confirmation of Plan Dated 12/10/2015 (NFC)
# 46-Objections By: JP Morgan Chase
R / M #:  7 / 0

### *Appearances:*

Thompson

Debtor:
Trustee:  Winnecour / Bedford / (Paff) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 11/17/16 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2016 JUL 28 PM 2:28 CLERK US BANKRUPTCY COURT PGH