# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** VALERIAN A. & RENEE J. KARLSKI
**Case Number:** 15-24514-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#7 - Continued Confirmation of Plan Dated 12/10/2015 (NFC)
R / M #: 7 / 0

RECEIVED 2016 NOV 18 P 12:21 U.S. BANKRUPTCY COURT CLERK PITTSBURGH

### Appearances:

Debtor:  *Lemon*
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor: McClelland - JPMorgan Chase

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 3/9/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/9/2016    3:46:09PM