# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
| Valerian A. Karlski and Renee J. Karlski, | ) ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| Valerian A. Karlski and Renee J. Karlski, | ) ) | |
| | ) | Related to Document No. 58 |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Chase Mortgage, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR EXTENSION OF LOSS MITIGATION FILED AT DOCUMENT NO. 58

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on December 6, 2016 at Document No. 58 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Scheduling Hearing, Responses to Objections were to be filed and served no later than December 15, 2016.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion to Extend the Loss Mitigation Period recorded at Document No. 58 be entered by the Court.

Date: December 19, 2016       s/ Brian C. Thompson
　　　　　　　　　　　　　　　　Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　PA ID No. 91197
　　　　　　　　　　　　　　　　THOMPSON LAW GROUP, P.C.
　　　　　　　　　　　　　　　　125 Warrendale-Bayne Rd., Suite 200
　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com