# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerian A. Karlski and Renee J. Karlski<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-24514 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5352


           Respectfully submitted,


           **/s/ James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           jwarmbrodt@kmllawgroup.com
           Attorney I.D. No. 42524
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           Phone: 215-825-6306
           Fax: 215-825-6406
           Attorney for Movant/Applicant