**FILED**

**FEB 15 2017**

**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 15-24514-GLT |
| | Chapter: 13 |
| Valerian A. Karlski | |
| Renee J. Karlski, | |
| Debtors. | |
| Valerian A. Karlski and | Adv. No.: 16-02044-GLT |
| Renee J. Karlski, | |
| Plaintiffs, | |
| v. | |
| First Commonwealth Bank | |
| | Date: 2/15/2017 |
| Defendant. | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #27 - Status Conference re: Defendant's Failure to Comply with the November 23, 2016 Text Order

**APPEARANCES:**
Debtors/Plaintiffs:   Brian C. Thompson
First Commonwealth:   Roger Poorman
Chase:   James Warmbrodt

**NOTES:**

Thompson - With respect to request to extend LMP, believes inaccurate information was used in the review. Chase has been helpful in its responses on the portal. Requests an extension of 60 days to resolve additional questions.

Warmbrodt - Agrees to a 60-day extension.

Thompson - With respect to the adversary proceeding, First Commonwealth was awaiting Chase's proof of claim. That has been filed. Parties are working towards a resolution but have not yet agreed upon the language of a consent order.

Poorman - Received an updated balance due. Other issue regards the value of the property. First Commonwealth conducted an appraisal. The resulting value did not differ substantially from the Debtor's valuation. Does not appear to be any value to attach to First Commonwealth's claim. Parties are attempting to draft a consent order but First Commonwealth objects to certain language proposed by the Debtors regarding claims that the Debtors believe they may have against the bank. Those claims were litigated in a state court proceeding and First Commonwealth obtained summary judgment. Requests a short continuance to draft a consensual order.

Thompson - Debtors represented themselves in the state court action. Lost at the summary judgment stage.

*OUTCOME:*

1. Order to be issued in Case No. 15-24514 extending the LMP period by 60 days. (Text Order to issue).
2. With respect to Adv. No. 16-02044, Debtor to file either a proposed settlement agreement under certification of counsel or a motion for default judgment within 30 days. (Text Order to issue).

**DATED:** 2/15/2017