# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Valerian A. Karlski<br>         Renee J. Karlski fka Renee J. Agostini<br>                              Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>                              Movant<br>              vs. | NO. 15-24514 GLT |
| Valerian A. Karlski<br>Renee J. Karlski fka Renee J. Agostini<br>                              Debtor | 11 U.S.C. Section 362 |
| Ronda J. Winnecour<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim Filed of Pacific Union Financial LLC, which was filed with the Court on or about **02/28/2017**.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

March 1, 2017