# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** VALERIAN A. & RENEE J. KARLSKI
- **Case Number:** 15-24514-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 09, 2017 02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

RECEIVED 2017 MAR 13 A 7:33 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

**Matter:**

#7 - Continued Confirmation of Plan Dated 12/10/2015 (NFC)
R / M #:  7 / 0

**Appearances:**

- Debtor: _[signature]_
- Trustee: Winnecour / Bedford / Pail /(Katz)
- Creditor:

_LMP still pending._

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/29/17 at 3:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

_Need Biz questionaire & operating reports._

3/1/2017    3:58:12PM