# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
| | ) | |
| Valerian A. Karlski, | ) | Chapter 13 |
| Renee J. Karlski, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 17, 2017 at 10:30 A.M. |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Valerian A. Karlski and Renee J. Karlski.

2. This is an interim application for the period June 24, 2015 through April 10, 2017.

3. Previous retainer paid to Applicant: $4,500.00

4. Previous interim compensation allowed to Applicant: $0.00

5. Applicant requests additional:
   Compensation of $13,249.00
   Reimbursement of Expenses of $337.20

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio on May 17, 2017 at 10:30 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before April 27, 2017, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: April 10, 2017             s/Brian C. Thompson
                                  Brian C. Thompson, Esquire
                                  PA ID No. 91197
                                  THOMPSON LAW GROUP, P.C.

125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com