# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>VALERIAN A. KARLSKI<br>RENEE J. KARLSKI fka RENEE J. AGOSTINI,<br><br>Debtors. | Chapter 13<br><br>Case No. 15-24514-GLT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>Movant,<br><br>v.<br><br>VALERIAN A. KARLSKI<br>RENEE J. KARLSKI fka RENEE J. AGOSTINI,<br><br>Respondents. | Related to Document No. 88 |

## CERTIFICATE OF SERVICE

I, Luke A. Sizemore, Esquire, do hereby certify that, on April 11, 2017, I caused a true and correct copy of the *Order Extending Time to Respond to Objection to Movant's Notice of Mortgage Payment Change* to be served upon the following counsel via U.S. Mail, postage prepaid:

Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086

*Counsel to Debtors*

Ronda J. Winnecour
USX Tower
600 Grant Street, Suite 3250
Pittsburgh, PA 15219

*Chapter 13 Trustee*

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Valerian A. Karlski<br>Renee J. Karlski<br>PO Box 89<br>Monessen, PA 15062<br><br>*Debtors* |

Dated:  April 11, 2017

    Respectfully submitted,

    REED SMITH LLP

By:    */s/ Luke A. Sizemore*
    Luke A. Sizemore (PA I.D. No. 306443)
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA 15222
    Telephone:  (412) 288-3514
    Facsimile:  (412) 288-3063
    Email:  lsizemore@reedsmith.com

    *Counsel to JPMorgan Chase Bank, National Association*