**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Valerian A. Karlski<br>            Renee J. Karlski fka Renee J. Agostini<br>                                              Debtors | BK. NO. 15-24514 GLT<br><br>CHAPTER 13 |
| JPMorgan Chase Bank, National Association, its successors and/or assigns<br>                                              Movant<br>                          v.<br>Valerian A. Karlski<br>Renee J. Karlski fka Renee J. Agostini<br>                                              Respondents<br>                          and<br>Ronda J. Winnecour, Trustee<br>                                              Additional Respondent | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS**
**SUCCESSORS AND/OR ASSIGNS**
**TO ALLOW FILING OF CLAIM**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to serve a written response to the attached Motion, upon the undersigned, which the undersigned must receive on or before **May 1, 2017**, (seventeen (17) calendar days after the date of this Notice). If you fail to timely respond, the Motion may be granted and a judgment entered against you by the Court at hearing. See Local Bankruptcy Rule 9013.4.

You should take this to your lawyer at once.

A hearing will be held on **May 17, 2017** at **10:30AM** before Judge **Gregory L. Taddonio** in **Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. An order granting the motion sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of Mailing or other service  April 12, 2017

                                                         **/s/ James C. Warmbrodt, Esquire**
                                                         James C. Warmbrodt, Esquire
                                                         jwarmbrodt@kmllawgroup.com
                                                         Attorney I.D. No. 42524
                                                         KML Law Group, P.C.
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106
                                                         Phone: 412-430-3594
                                                        Attorney for Movant/Applicant