# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Valerian A. Karlski<br>　　　Renee J. Karlski fka Renee J. Agostini<br>　　　　　　　Debtors<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　　Movant<br>　　vs.<br><br>Valerian A. Karlski<br>Renee J. Karlski fka Renee J. Agostini<br>　　　　　　　Debtors<br><br>Ronda J. Winnecour, Esq.　　　　Trustee | BK NO. 15-24514 GLT<br><br>Chapter 13<br><br>Related to Docket Entry 102 |

## CERTIFICATE OF SERVICE OF
### Default Order on Motion to Allow Filing of Claim

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 15, 2017, I served the above captioned Default Order entered May 8, 2017 on the parties at the addresses shown below;

Debtors
Valerian A. Karlski (via first class mail)
PO Box 89
Monessen, PA 15062

Renee J. Karlski fka Renee J. Agostini (via first class mail)
PO Box 89
Monessen, PA 15062

Attorney for Debtors
Brian C. Thompson, Esq. (via ECF)
Thompson Law Group, P.C.
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 15, 2017

　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594