IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

MAY 18 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Valerian A. Karlski
Renee J. Karlski

*Debtor(s).*

Case No.:  15-24514-GLT
Chapter:   13

Date:   5/17/2017
Time:   09:30

## PROCEEDING MEMO

**MATTER:**  #92 - Status Conference re: Motion to Extend the Loss Mitigation Period with Caliber Homes

**APPEARANCES:**

Debtor:  Brian C. Thompson
Chase:   Reginald Sainvil

**NOTES:**

**OUTCOME:**

1. LMP period extended for 60 days. (Text Order to issue).

**DATED:** 5/17/2017