# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | VALERIAN A. & RENEE J. KARLSKI |
| Case Number: | 15-24514-GLT     Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 29, 2017 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#7 - Continued Confirmation of Plan Dated 12/10/2015 (NFC)
R / M #:  7 / 0

### *Appearances:*

*Lemon*

Debtor:
Trustee:  Winnecour / (Bedford) / Pail / Katz

Creditor:  *LMP*

RECEIVED 2017 JUN 30 P 1:05 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __11-16-17__ at __11:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/22/2017   11:18:46AM