# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 15-24514-GLT |
| Valerian A. Karlski and ) | | |
| Renee J. Karlski, ) | | |
| ) | | Chapter 13 |
| Debtors. ) | | |
| _____) | | |
| Valerian A. Karlski and ) | | |
| Renee J. Karlski, ) | | |
| ) | | Related to Document No. |
| Movants, ) | | |
| ) | | |
| v. ) | | Hearing Date and Time: |
| ) | | August 9, 2017 at 9:30 a.m. |
| Chase Mortgage, ) | | |
| ) | | |
| Respondent. ) | | |

## CERTIFICATE OF SERVICE

I, Meghan Hodge, Paralegal, certify under penalty of perjury that I served the forgoing Order Scheduling Hearing on the following parties at the addresses listed below on July 21, 2017, via electronic mail and/or first class mail postage prepaid:

Chase Mortgage
Attn: Kevin Watters, CEO
PO Box 24696
Columbus, OH 43224

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  July 21, 2017

By:/s/Meghan Hodge
Meghan Hodge, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mhodge@thompsonattorney.com