## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA



FILED

AUG 09 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                    :     Case No.:    15-24514-GLT
                                          :     Chapter:     13
Valerian A. Karlski                       :
Renee J. Karlski                          :
                                          :     Date:        8/9/2017
                    *Debtor(s)*.          :     Time:        09:30

## PROCEEDING MEMO

**MATTER:**    #107 - Status Conference on Motion to Extend the Loss Mitigation Period with Chase Mortgage
              (#35/21)

**APPEARANCES:**

                    Debtor:      Brent Lemon
                    Chase:       Reginald Sainvil

**NOTES:**

Lemon: A new appraisal has been conducted. The Debtors requested re-evaluation of their loan. Chase said it doesn't need additional documents.

Sainvil: Agrees. Chase has opened a new LMP file with the Debtors based on the new appraisal.

Lemon: This change should be characterized as a reevaluation of the initial request rather than a new LMP case.

Sainvil: Chase needs 30 days to evaluate the information, plus additional time to converse with the Debtor.

**OUTCOME:**

1. The LMP period is extended  for 60 days. The Debtor shall file a status report on or before October 10, 2017. (Text Order to issue.)

**DATED:** 8/9/2017