# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
|     Valerian A. Karlski and | ) | |
|     Renee J. Karlski, | ) | |
| | ) | Chapter 13 |
|         Debtors. | ) | |
| | ) | |
|     Valerian A. Karlski and | ) | |
|     Renee J. Karlski, | ) | |
| | ) | Related to Document No. |
|         Movants, | ) | |
| | ) | |
|         v. | ) | **Hearing Date and Time:** |
| | ) | **November 1, 2017 at 10:30 a.m.** |
|     Chase Mortgage, | ) | |
| | ) | |
|         Respondent. | ) | |

## AMENDED LOAN MODIFICATION SUMMARY

Property Valuation:    $ 250,000.00          Source: Assessment

Original Loan Amount:  $ 270,900.00          Origination Date: December 18, 2003

Prepetition Arrears:   $ 1,881.71

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $267,001.04 | **Principal Balance** | $273,600.64 |
| 5.000% | **Interest Rate** | 4.000% |
| January 1, 2034 | **Maturity Date** | September 1, 2057 |
| $1,330.56 | **P&I Payment** | **$1,044.85** |
| $456.24 | **Escrow Payment** | **$499.07** |
| $1,786.80 | **Total Payment** | **$1,543.92** |
| | **Balloon Payment** | |
| | **Cumulative Interest** | |
| | **LTV** | |
| $1,778.37 | **Ch. 13 Payment** | **$1,778.37** |
| $0.00 | **Ch. 13 Pmt. (Arrears)** | $0.00 |

**Any other term(s) in which there is a substantive difference between the original loan and the proposed modified loan:**