**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 15-24514-GLT |
| Valerian A. Karlski and ) | | |
| Renee J. Karlski, ) | | |
| ) | | Chapter 13 |
| Debtors. ) | | |
| _____ ) | | |
| Valerian A. Karlski and ) | | |
| Renee J. Karlski, ) | | |
| ) | | Related to Document No. |
| Movants, ) | | |
| ) | | |
| v. ) | | **Hearing Date and Time:** |
| ) | | **November 1, 2017 at 10:30 a.m.** |
| Chase Mortgage, ) | | |
| ) | | |
| Respondent. ) | | |

## ORDER OF COURT

AND NOW, upon consideration of Debtors' Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1. The Debtors are approved to enter into a Loan Modification agreement with Chase Mortgage, under the following terms:

   a. Principal balance: $273,600.64
   b. Effective Date: October 1, 2017
   c. End Date: September 1, 2057
   d. Payment schedule as follows:

| | LOAN MODIFICATION TERMS |
|---|---|
| Unpaid Principal Balance | $273,600.64 |
| Arrearages | $0.00 |
| Maturity Date | September 1, 2057 |
| Interest Rate | 4.000% |
| Total payment including escrow | **$1,543.92** |
| Effective Date | October 1, 2017 |

2. If the loan modification approved by the Court impacts the provisions of

the debtor's Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3. If the loan modification approved by the Court results in a material change in the Debtor's expenses, the Debtor shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated: _____     _____
 United States Bankruptcy Judge