## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-24514-GLT |
| | : | |
| Valerian A. Karlski, | : | Chapter 13 |
| Renee J. Karlski, | : | |
| | : | |
| Debtors. | : | Document No. |
| _____ | : | |
| Thompson Law Group, P.C., | : | Related to Document No. |
| | : | |
| Applicant, | : | **Hearing date and time:** |
| vs. | : | November 1, 2017 at 10:30 a.m. |
| | : | |
| No Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification filed on October 3, 2017 at Document No. 114 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order scheduling Hearing, Responses to Objections were to be filed and served no later than October 20, 2017.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 114 be entered by the Court.

Date: <u>October 23, 2017</u>    s/ Jill A. Gorzé
                                                                        Jill A. Gorzé, Paralegal
                                                                        THOMPSON LAW GROUP, P.C.
                                                                        125 Warrendale Bayne Rd., Suite 200
                                                                        Warrendale, PA 15086
                                                                        (724) 799-8404 Telephone
                                                                        (724) 799-8409 Facsimile
                                                                        jgorze@thompsonattorney.com