## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|   |   |
|---|---|
| **Debtor:** | VALERIAN A. & RENEE J. KARLSKI |
| **Case Number:** | 15-24514-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 16, 2017 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
11/20/17 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#7 - Continued Confirmation of Plan Dated 12/10/2015 (NFC)
R / M #:  7 / 0

*Appearances:*   *Thompson*

Debtor:
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

*New plan filed 11-14-17*

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to *12-21-17* at *2:30*.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/8/2017    2:36:12PM