## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 15-24514 |
|     Valerian A. Karlski, | ) | Document No. |
|     Renee J. Karlski, | ) | |
| | ) | |
|                   Debtors. | ) | Related to Document No. |
| ------------------------------------------ | ) | |
| Thompson Law Group, P.C., | ) | |
| | ) | |
|                   Applicant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

### CONSENT ORDER FOR JUDGMENT

AND NOW, upon consideration of Proposed Consent Order Relating to Administrative Fees of Thompson Law Group, P.C., it is hereby ORDERED, ADJUDGED and DECREED that a Money Judgment is entered in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount of $2,500.00 and against Valerian A. Karlski & Renee J. Karlski, to be paid at $100.00 per month for twenty-five (25) months, beginning at the close of their chapter 13 bankruptcy case.

It is further ORDERED that this Order may be registered and shall be entitled to full faith and credit as a judgment in any Court of the United States of America pursuant to the Pennsylvania Uniform Registration of Foreign Judgments Act, as amended.

It is further ORDERED that Debtors agree, by signing below, to waive dischargeability of this debt in any future bankruptcy case.

Date: August 9, 2018                                /s/ Valerian A. Karlski
                                                                       Valerian A. Karlski, Debtor

Date: August 9, 2018                                /s/ Renee J. Karlski
                                                                        Renee J. Karlski, Debtor

Date: August 9, 2018				/s/ Brian C. Thompson
						Brian C. Thompson, Attorney for Debtor


Date: _____				_____

						United States Bankruptcy Judge