## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Valerian A. Karlski, and | : | Bankruptcy Case No.: 15-24514-GLT |
| Renee J. Karlski, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Thompson Law Group, P.C. | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 144 |
| | : | |
| v. | : | |
| | : | |
| Valerian A. Karlski, and | : | |
| Renee J. Karlski, | : | |
| | : | |
| Debtors. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Modified Consent Order for Judgment at Document No. 144 dated August 15, 2018 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on August 16, 2018 on the parties listed below.

Valerian A. Karlski
P.O. Box 89
Monessen, PA  15062

Renee J. Karlski
P.O. Box 89
Monessen, PA  15062

Ronda J. Winnecour
Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the U.S. Trustee
970 Liberty Avenue
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated: <u>August 16, 2018</u>

<u>/s/ Jill A. Gorzé                    </u>
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com