Form 222

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Valerian A. Karlski
Renee J. Karlski
fka Renee J. Agostini**
　Debtor(s)

Bankruptcy Case No.: 15–24514–GLT
Related Dkt. No. 155
Chapter: 13
Docket No.: 157 – 155
Concil. Conf.: January 31, 2019 at 09:00 AM

## ORDER

　　**IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 12/10/18* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

　　On or before **January 24, 2019,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

　　On **January 31, 2019** at **09:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

　　If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 13, 2018

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Valerian A. Karlski
Renee J. Karlski
     Debtors

Case No. 15-24514-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Dec 13, 2018
                      Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
db/jdb       +Valerian A. Karlski,   Renee J. Karlski,   PO Box 89,   Monessen, PA 15062-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com
        Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor   Pacific Union Financial LLC bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        Luke A. Sizemore    on behalf of Creditor   JPMorgan Chase Bank, National Association lsizemore@reedsmith.com,  slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com
        Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                                                      TOTAL: 15