**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Valerian A. Karlski, and<br>Renee J. Karlski, | : | Bankruptcy Case No.: 15-24514-GLT |
| | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Valerian A. Karlski, and<br>Renee J. Karlski, | : | Document No.: |
| | : | |
| Movants, | : | Related to Document No.: |
| | : | |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondents. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On <u>December 28, 2015</u> at docket numbers <u>16</u> and <u>17</u>, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: October 8, 2019          /s/Valerian A. Karlski
                                Valerian A. Karlski, Debtor

Dated: October 8, 2019          /s/Renee J. Karlski
                                Renee J. Karlski, Debtor

                                Respectfully submitted,

Dated: October 8, 2019          /s/Brian C. Thompson
                                Brian C. Thompson, Esquire
                                PA ID: 91197
                                Thompson Law Group, P.C.
                                125 Warrendale Bayne Road, Suite 200
                                Warrendale, PA 15086

(724) 799-8404 Telephone
bthompson@thompsonattorney.com