**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

12/20/2019

IN RE:

VALERIAN A. KARLSKI
RENEE J. KARLSKI
PO BOX 89
MONESSEN,  PA  15062
XXX-XX-5341          Debtor(s)

XXX-XX-1125

Case No.15-24514 GLT

Chapter 13

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/20/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP\*** <br> NATIONAL BANKRUPTCY CENTER <br> POB 168088 <br> IRVING, TX 75016-8088 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 11,193.56 <br> COMMENT: RS/OE*NO$/SCH G*399.77x28/CNF OE*SURR/AMD PL*DK*W/50, 52 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 3324 |
| **JPMORGAN CHASE BANK NA** <br> 3415 VISION DR <br> MAIL CODE OH4-7142 <br> COLUMBUS, OH 43219 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 0.00 <br> COMMENT: LOAN MOD @ 48 BG 1-16/CLM | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5352 |
| **FIRST COMMONWEALTH BANK\*** <br> POB 400* <br> INDIANA, PA 15701 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 148,403.25 <br> COMMENT: AVD/CONSENT OE*HOME EQUITY LINE OF CREDIT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6927 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 60,477.49 <br> COMMENT: 9981/SCH*BOA~FIA CARD SVC*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9083 |
| **CERASTES LLC** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124-3978 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 2,297.50 <br> COMMENT: 3890/SCH*BARCLAYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4112 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1649 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9702 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0531 |
| **CAPITAL ONE(*)** <br> 6125 LAKEVIEW RD STE 800 <br> CHARLOTTE, NC 28269 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7355 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ 85282 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 5,453.19 <br> COMMENT: 1365*BOA~FIA CARD SVC*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4932 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4626 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1420 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1125 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7388 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 489 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 4,545.11<br>COMMENT: 2010/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8348 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4553 |
| **AMERICAN INFOSOURCE LP AGENT FOR T MOE**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 651.14<br>COMMENT: 4827/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9435 |
| **FIRST NATIONAL BANK OF OMAHA(\*)**<br>1620 DODGE ST STOP 3106\*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 664.23<br>COMMENT: SHEETZ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1609 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,317.52<br>COMMENT: 0693/SCH*CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0889 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4063 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4061 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6178 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4714 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3638 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8538 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9038 |
| **REMIT CORP++**<br>36 W MAIN ST<br>POB 7<br>BLOOMSBURG, PA 17815-1703 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 00E6 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,748.14<br>COMMENT: SYNCHRONY BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4927 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK/UNIVERSAL CARD SVCS**++<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0709 |
| **VALLEY FIRST COMMUNITY FCU**<br>815 SCHOONMAKER AVE<br><br>MONESSEN, PA  15062 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3007 |
| **VALLEY FIRST COMMUNITY FCU**<br>815 SCHOONMAKER AVE<br><br>MONESSEN, PA  15062 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1125 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WAMU/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1125 |
| **JRMC DIAGNOSTIC SERVICES**<br>DEPARTMENT L-3247<br><br>COLUMBUS, OH  43260-0001 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1125 |
| **PREMIER MEDICAL ASSOC**<br>POB 643773<br><br>PITTSBURGH, PA  15264 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5341 |
| **T MOBILE**<br>BKO TEAM<br>POB 53410<br>BELLEVUE, WA  98015-3410 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5341 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA  15219 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 310FEES/PL*PIF/CLERK | CRED DESC: FILING FEES<br>ACCOUNT NO.: 15-24514-GLT |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2525 | CLAIM: 181.35<br>COMMENT: /AMD F*1-8-16*5341/SCH*AT & T/CITIBANK |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7498 | CLAIM: 0.00<br>COMMENT: /AMD F*1-8-16 |
| **GREENSBURG CENTRAL CATHOLIC JR/SR HIGH**<br>C/O BUSINESS MANAGER<br>911 ARMORY DR<br>GREENSBURG, PA 15601 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5341 | CLAIM: 0.00<br>COMMENT: /AMD F*1-8-16 |
| **NISSAN-INFINITI LT**<br>PO BOX 660366<br>DALLAS, TX 75266-0366 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3729 | CLAIM: 8,642.88<br>COMMENT: NT/SCH*12/1/14 LEASE~DEFICIENCY BALANCE |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5352 | CLAIM: 23,015.09<br>COMMENT: LOAN MOD @ 48*DKT*BGN 1/16 |
| **PACIFIC UNION FINANCIAL LLC**<br>1603 LBJ FREEWAY STE 500<br>FARMERS BRANCH, TX 75234 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6422 | CLAIM: 0.00<br>COMMENT: FILED ON WRONG CASE*CL W/DRAWN-DOC 75, 77, 80 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5352 | CLAIM: 0.00<br>COMMENT: LOAN MOD @ 48 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 14-2 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5352 | CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*DK4PMT-LMT*LOAN MOD BGN 10/17*DK*AMD |
| **WILLIAM CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: AMERICAN HONDA~HONDA FNCL/PRAE |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 6-3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3324 | CLAIM: 3,257.27<br>COMMENT: LEASE DFNCY BAL*AMD*W/1*DK4TEE OBJ |

| **SHAPIRO & DENARDO LLC*** | Trustee Claim Number:51  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 3600 HORIZON DR STE 150 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| KING OF PRUSSIA, PA 19406 | COMMENT: JPMORGAN CHASE/PRAE | |

| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:52  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:6 | ACCOUNT NO.: 3324 |
| POB 168088 | | |
| | CLAIM: 0.00 | |
| IRVING, TX 75016-8088 | COMMENT: CL BAL W/1~$15668.96 | |