# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
| | ) | |
| Valerian A. Karlski, | ) | Chapter 13 |
| Renee J. Karlski, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | April 8, 2020 at 10:30 A.M. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Valerian A. Karlski and Renee J. Karlski.

2. This is a final application for the period April 11, 2017 through February 26, 2020.

3. Previous retainer paid to Applicant: $4,500.00

4. Previous interim compensation allowed to Applicant: $18,086.20

5. Applicant requests additional:
   Compensation of $8,112.50
   Reimbursement of Expenses of $287.56

6. A hearing on the Application will be held in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Gregory L. Taddonio on April 8, 2020 at 10:30 a.m.

7. Applicant is not seeking any additional payment by the Chapter 13 Trustee through the confirmed plan, to the extent that funds are not available.

8. Any written objections must be filed with the court and served on Applicant on or before March 14, 2020, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: February 26, 2020          /s/Brian C. Thompson
                                  Brian C. Thompson, Esquire

PA ID No. 91197  
THOMPSON LAW GROUP, P.C.  
125 Warrendale Bayne Road, Suite 200  
Warrendale, PA 15086  
(724) 799-8404  
bthompson@thompsonattorney.com