Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Valerian A. Karlski** | : | Case No. 15–24514–GLT |
| **Renee J. Karlski** | : | Chapter: 13 |
| **fka Renee J. Agostini** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 176 |
| | : | |
| v. | : | Hearing Date: 5/6/20 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of February, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 176 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before April 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *May 6, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-24514-GLT
Valerian A. Karlski                                                   Chapter 13
Renee J. Karlski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel               Page 1 of 3             Date Rcvd: Feb 26, 2020
                              Form ID: 604             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db/jdb         +Valerian A. Karlski,   Renee J. Karlski,   PO Box 89,   Monessen, PA 15062-0089
cr             +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +Honda Financial Services dba American Honda Financ,   3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14150130      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court:  American Honda Finance Corporation,   201 Little Falls Drive,
                 Wilmington, DE 19808)
14150132      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   PO Box 15019,   Wilmington, DE 19886)
14150133       +Barclays Bank of Delaware,    700 Prides Crossing,   Newark, DE 19713-6109
14150137       +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
14150138       +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
14150139       +Chase/WAMU,   PO Box 15298,   Wilmington, DE 19850-5298
14150140       +Collection Service Center,    PO Box 560,   New Kensington, PA 15068-0560
14150142       +Credit Management Company,    681 Anderson Dr.,   Foster Plaza 6,   Pittsburgh, PA 15220-2766
14204520        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,   NEW YORK, NY 10087-9262
14161999       +First Commonwealth Bank,   c/o Roger P. Poorman, Esquire,    McGrath McCall, P.C.,
                 Three Gateway Center, Suite 1375,    401 Liberty Avenue,   Pittsburgh, PA 15222-1000
14161036       +Greensburg Central Catholic High School,    911 Armory Drive,   Greensburg, PA 15601-5209
14423223       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14150147       +JRMC Diagnostic Servicess LLC,    495 Waterfront Drive East,   Homestead, PA 15120-1140
14187174       +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14174102        Nissan-Infiniti LT,   PO Box 660366 Dallas  TX 75266-0366
14163644      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                (address filed with court:  First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
14150151       +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
14372519       +Pacific Union Financial, LLC,    1603 LBJ Freeway, Ste 500,   Farmers Branch, TX 75234-6071
14150152       +Premier Medical Associates,    PO Box 643773,   Pittsburgh, PA 15264-3773
14150153      ++REMIT CORPORATION,   P O BOX 7,   BLOOMSBURG PA 17815-0007
                (address filed with court:  Remit Corporation,   36 West Main Street,   P.O. Box 7,
                 Bloomsburg, PA 17815)
14150156       +Universal CD/CNBA,   PO Box 6241,   IBS CDV Disputes,   Sioux Falls, SD 57117-6241
14150157        Valley First Community FCU,    815819 Schoonmaker Avenue,   Monessen, PA 15062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14161035       +E-mail/Text: g20956@att.com Feb 27 2020 03:21:09     AT&T,   PO Box 6416,
                 Carol Stream, IL 60197-6416
14158241        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:37:56
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
14150135       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:27:09      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
14150134       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:26:18      Capital One,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
14150136       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:54     Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Suite 4A,   Valhalla, NY 10595-2323
14150305       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:54     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14200252        E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14150141       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 27 2020 03:21:03
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14150143        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30     Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850
14152479        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14150144       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 27 2020 03:21:08     Diversified Consultants,
                 10550 Deerwood Park Blvd,   Suite 309,   Jacksonville, FL 32256-2805
14150145       +E-mail/Text: bankruptcynotice@fcbanking.com Feb 27 2020 03:19:32     First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
14150148       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:25:52      LVNV Funding, LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
14152624        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:26:35
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14150149       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:24     Midland Credit Management,
                 8875 Aero Dr. Ste. 200,   San Diego, CA 92123-2255
```

```
District/off: 0315-2          User: jhel              Page 2 of 3              Date Rcvd: Feb 26, 2020
                              Form ID: 604            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14150154        +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:09      Synchrony Bank/Walmart,
                 OI /bix 965024,    Orlando, FL 32896-0001
14150155         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 27 2020 03:26:55       T-Mobile,
                 POBox 742596,    Cincinnati, OH 45274-2596
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMorgan Chase Bank, National Association
cr               Pacific Union Financial LLC
14150131*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX 79998)
14150150*       +Midland Credit Management,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14150146*      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,    PO Box 3412,   Omaha, NE 68103)
cr            ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,    Pittsburgh, PA 15222-1004
                                                                                  TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Luke A. Sizemore    on behalf of Creditor    JPMorgan Chase Bank, National Association
               lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2              User: jhel                 Page 3 of 3                  Date Rcvd: Feb 26, 2020
                                  Form ID: 604               Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                         TOTAL: 17