**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

VALERIAN A. KARLSKI
RENEE J. KARLSKI
    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
   vs.
No Respondents.

Case No.:15-24514

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/10/2015 and confirmed on 3/4/16. The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 81,263.70 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,263.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,270.80 | |
|    Trustee Fee | 3,367.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,638.27 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5352 | | | | |
|   JPMORGAN CHASE BANK NA | 23,015.09 | 23,015.09 | 0.00 | 23,015.09 |
|     Acct: 5352 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 37,416.78 | 0.00 | 37,416.78 |
|     Acct: 5352 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5352 | | | | |
|   PACIFIC UNION FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6422 | | | | |
| | | | | 60,431.87 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VALERIAN A. KARLSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 6,270.80 | 6,270.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-17 | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HONDA FINANCE CORP* | 11,193.56 | 11,193.56 | 0.00 | 11,193.56 |
|     Acct: 3324 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3324 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX-GLT | | | | |
| | | | | 11,193.56 |
| **Unsecured** | | | | |
|   FIRST COMMONWEALTH BANK* | 148,403.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 6927 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 60,477.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 9083 | | | | |
|   CERASTES LLC | 2,297.50 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4112 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1649 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9702 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0531 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7355 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 5,453.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 4932 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4626 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1008 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1420 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1125 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7388 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 489 | | | | |
|   DISCOVER BANK(*) | 4,545.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 8348 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4553 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 651.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 9435 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 664.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 1609 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,317.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 0889 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4063 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4061 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6178 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4714 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3638 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8538 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9038 | | | | |
|   REMIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 00E6 | | | | |
|   MIDLAND FUNDING LLC | 3,748.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 4927 | | | | |
|   CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0709 | | | | |
|   VALLEY FIRST COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3007 | | | | |
|   VALLEY FIRST COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   ECAST SETTLEMENT CORP | 181.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 2525 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 7498 | | | | |
|     GREENSBURG CENTRAL CATHOLIC JR/S | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5341 | | | | |
|     NISSAN-INFINITI LT | 8,642.88 | 0.00 | 0.00 | 0.00 |
|   Acct: 3729 | | | | |
|     AMERICAN HONDA FINANCE CORP* | 3,257.27 | 0.00 | 0.00 | 0.00 |
|   Acct: 3324 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|     WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|     SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|     BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1125 | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1125 | | | | |
|     JRMC DIAGNOSTIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1125 | | | | |
|     PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5341 | | | | |
|     T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5341 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                71,625.43

| TOTAL | |
|---|---:|
| CLAIMED | 11,193.56 |
| PRIORITY | 23,015.09 |
| SECURED | 239,639.07 |

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VALERIAN A. KARLSKI
    RENEE J. KARLSKI
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-24514

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 15-24514-GLT
Valerian A. Karlski                                               Chapter 13
Renee J. Karlski
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 3                  Date Rcvd: Feb 26, 2020
                              Form ID: pdf900             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb         +Valerian A. Karlski,   Renee J. Karlski,    PO Box 89,   Monessen, PA 15062-0089
cr             +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +Honda Financial Services dba American Honda Financ,    3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
cr             +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14150130      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance Corporation,   201 Little Falls Drive,
                 Wilmington, DE 19808)
14150132      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
14150133       +Barclays Bank of Delaware,   700 Prides Crossing,   Newark, DE 19713-6109
14150137       +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
14150138       +Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
14150139       +Chase/WAMU,   PO Box 15298,   Wilmington, DE 19850-5298
14150140       +Collection Service Center,   PO Box 560,   New Kensington, PA 15068-0560
14150142       +Credit Management Company,   681 Anderson Dr.,   Foster Plaza 6,   Pittsburgh, PA 15220-2766
14204520        ECAST SETTLEMENT CORPORATION,   PO BOX 29262,   NEW YORK, NY 10087-9262
14161999       +First Commonwealth Bank,   c/o Roger P. Poorman, Esquire,    McGrath McCall, P.C.,
                 Three Gateway Center, Suite 1375,   401 Liberty Avenue,   Pittsburgh, PA 15222-1000
14161036       +Greensburg Central Catholic High School,   911 Armory Drive,   Greensburg, PA 15601-5209
14423223       +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
                 Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14150147       +JRMC Diagnostic Servicess LLC,   495 Waterfront Drive East,   Homestead, PA 15120-1140
14187174       +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14174102        Nissan-Infiniti LT,   PO Box 660366 Dallas TX 75266-0366
14163644      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
14150151       +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
14372519       +Pacific Union Financial, LLC,   1603 LBJ Freeway, Ste 500,   Farmers Branch, TX 75234-6071
14150152       +Premier Medical Associates,   PO Box 643773,   Pittsburgh, PA 15264-3773
14150153      ++REMIT CORPORATION,   P O BOX 7,   BLOOMSBURG PA 17815-0007
               (address filed with court: Remit Corporation,   36 West Main Street,   P.O. Box 7,
                 Bloomsburg, PA 17815)
14150156       +Universal CD/CNBA,   PO Box 6241,   IBS CDV Disputes,   Sioux Falls, SD 57117-6241
14150157        Valley First Community FCU,   815819 Schoonmaker Avenue,   Monessen, PA 15062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14161035       +E-mail/Text: g20956@att.com Feb 27 2020 03:21:09      AT&T,   PO Box 6416,
                 Carol Stream, IL 60197-6416
14158241        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:37:56
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
14150135       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:25:32      Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
14150134       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:25:32      Capital One,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
14150136       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:53      Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Suite 4A,   Valhalla, NY 10595-2323
14150305       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:53      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14200252       +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14150141       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 27 2020 03:21:03
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14150143        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30      Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850
14152479        E-mail/Text: mrdiscen@discover.com Feb 27 2020 03:19:30      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14150144       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 27 2020 03:21:08      Diversified Consultants,
                 10550 Deerwood Park Blvd,   Suite 309,   Jacksonville, FL 32256-2805
14150145       +E-mail/Text: bankruptcynotice@fcbanking.com Feb 27 2020 03:19:31      First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
14150148       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:25:48      LVNV Funding, LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
14152624        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:25:50
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14150149       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:24      Midland Credit Management,
                 8875 Aero Dr. Ste. 200,   San Diego, CA 92123-2255
```

```
District/off: 0315-2           User: jhel                   Page 2 of 3                   Date Rcvd: Feb 26, 2020
                               Form ID: pdf900              Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14150154       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:26:09      Synchrony Bank/Walmart,
                 OI /bix 965024,   Orlando, FL 32896-0001
14150155        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Feb 27 2020 03:26:55       T-Mobile,
                 POBox 742596,   Cincinnati, OH 45274-2596
                                                                                             TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMorgan Chase Bank, National Association
cr               Pacific Union Financial LLC
14150131*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX 79998)
14150150*      +Midland Credit Management,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14150146*      ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                 (address filed with court: First National Bank of Omaha,    PO Box 3412,   Omaha, NE 68103)
cr            ##+First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Three Gateway Center, Suite 1375,
                 401 Liberty Avenue,   Pittsburgh, PA 15222-1004
                                                                                    TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Luke A. Sizemore    on behalf of Creditor    JPMorgan Chase Bank, National Association
               lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: jhel                  Page 3 of 3                  Date Rcvd: Feb 26, 2020
                              Form ID: pdf900             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                      TOTAL: 17