# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Valerian A. Karlski, and Renee J. Karlski, | : | Bankruptcy Case No.: 15-24514-GLT |
| | : | Chapter 13 |
| Debtors. | : | |
| Thompson Law Group, P.C., | : | Document No.: |
| Applicant, | : | Related to Document No.: 177, 178 |
| v. | : | |
| No Respondents, | : | **Hearing Date and Time:** April 8, 2020 at 10:30 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 26, 2020 at Document No. 177 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 178, Objections were to be filed and served no later than March 14, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 177 be entered by the Court.

Date: March 17, 2020

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com