**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 15-24514-GLT |
| Valerian A. Karlski and ) | | |
| Renee J. Karlski, ) | | |
| ) | | Chapter 13 |
| Debtors. ) | | |
| _____) | | |
| Valerian A. Karlski and, ) | | |
| Renee J. Karlski, ) | | Related to Document Nos. 183, 188 |
| ) | | |
| Movant, ) | | |
| ) | | |
| v. ) | | Hearing Date and Time: |
| ) | | April 8, 2020 at 11:30 a.m. |
| JP Morgan Chase Bank, N.A. ) | | |
| ) | | |
| Respondent. ) | | |

**ORDER OF COURT**

AND NOW this _____day of _____, 2020, upon consideration of Debtors' Reply to Response to Notice of Final Cure, it is hereby ORDERED as follows:

1. Debtors were current on all post-petition obligations required under the confirmed Amended Plan under §1322(b)(5) through October 31, 2019.

2. Debtors were current on their mortgage loan account with JP Morgan Chase Bank, N.A. through March 23, 2020.

3. JP Morgan Chase Bank, N.A. is prohibited from adding any fees or charges to Debtors' account with JP Morgan Chase Bank, N.A. in connection with this matter.

4. JP Morgan Chase Bank, N.A. shall file an Affidavit signed by a corporate officer within 30 days from the date of this Order indicating that: 1) JP Morgan Chase, N.A. has not added any fees or charges to Debtors' account in connection with this matter; 2) Debtors were current on all post-petition obligations required under the confirmed Amended Plan under §1322(b)(5) through October 31, 2019; and 3) Debtors were current on their mortgage loan account with JP Morgan Chase Bank, N.A. through March 23, 2020.

_____
United States Bankruptcy Judge