**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
| Valerian A. Karlski and | ) | |
| Renee J. Karlski, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) | |
| Valerian A. Karlski and, | ) | |
| Renee J. Karlski, | ) | Related to Document Nos. 183, 188 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | April 8, 2020 at 11:30 a.m. |
| JP Morgan Chase Bank, N.A. | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Brian C. Thompson, Esquire, certify under penalty of perjury that I served the forgoing Debtors' Reply to Response to Notice of Final Cure and Proposed on  April 1, 2020 via electronic mail and/or first class mail postage prepaid:

Michael J. Clark, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: April 1, 2020

s/Brian C. Thompson
Brian C. Thompson, Esquire
PA I.D. # 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com