# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Valerian A. Karlski, and | : | Bankruptcy Case No.: 15-24514-GLT |
| Renee J. Karlski, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Thompson Law Group, P.C. | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 193, 196 |
| | : | |
| v. | : | |
| | : | |
| Valerian A. Karlski, and | : | |
| Renee J. Karlski, | : | **Hearing Date and Time:** |
| | : | April 8, 2020 at 11:30 a.m. |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the foregoing Debtors' Reply to Response to Notice of Final Cure Payment and Applicant's Response to Debtors' Letter Dated March 9, 2020 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on April 9, 2020 on the parties listed below.

Michael J. Clark, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA  19406

Valerian A. Karlski
P.O. Box 89
Monessen, PA  15062

Renee J. Karlski
P.O. Box 89
Monessen, PA  15062

Ronda J. Winnecour
Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the U.S. Trustee
970 Liberty Avenue
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated: <u>April 2, 2020</u>

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com