FILED
4/9/20 7:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Valerian A. Karlski | : | Case No. 15-24514-GLT |
| Renee J. Karlski | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour | : | |
| | : | Related to Document  192 |
| Movant(s) | : | |
| | : | Hearing Date: 4/8/20 at 11:30 a.m. |
| vs. | : | |
| JP Morgan Chase Bank, N.A. | : | |
| | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, this __9th__ day of __April__, 20__20__, upon consideration of upon consideration of the Trustee's Notice of Final Cure, the Response of JPMorgan Chase Bank, N.A., and the Trustee's Reply, it is

ORDERED, that the Court hereby determines that the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through October 2019 as to the mortgage held by JPMorgan Chase Bank, N.A, and that the Mortgage is current through the end of March 2020, and it is further

ORDERED, that JPMorgan Chase Bank, N.A. is prohibited from adding any fees or other charges to the debtors' account in connection with the filing of its Response, or for attending any hearing in this matter.

Dated: 4/9/20
cm: Debtors

U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-24514-GLT
Valerian A. Karlski                                                   Chapter 13
Renee J. Karlski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy              Page 1 of 1              Date Rcvd: Apr 09, 2020
                                  Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db/jdb          +Valerian A. Karlski,    Renee J. Karlski,    PO Box 89,    Monessen, PA 15062-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                          Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
              andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com;jcastello@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com;jcastello@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com;jcastello@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
              hompsonattorney.com;jcastello@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
              bkgroup@kmllawgroup.com
              Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com,
              justin-mccall@comcast.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
              pabk@logs.com
              Luke A. Sizemore    on behalf of Creditor    JPMorgan Chase Bank, National Association
              lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Michael John Clark    on behalf of Creditor    JPMorgan Chase Bank, National Association
              pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@metzlewis.com,
              slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
              srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance
              Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
              Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
              mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 18