FILED
4/9/20 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24514-GLT |
| | ) | |
| Valerian A. Karlski, | ) | Chapter 13 |
| Renee J. Karlski, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No.  177 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | April 8, 2020 at 10:30 A.M. |
| | ) | |
| No Respondent. | ) | |

### MODIFIED ORDER OF COURT

**AND NOW,** the **FINAL APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$8,400.06** for services rendered on behalf of the Debtor(s) for the period between April 11, 2017 through February 26, 2020, which represents $8,112.50 fees and $287.56 in costs.

As full payment of the obligations under this Order, Thompson Law Group, P.C. agrees to accept the distribution of $1,955.56 previously received from the chapter 13 trustee, and to waive all other amounts due and owing under this application from the Debtors.

A previous Application for Compensation was granted by Order of Court dated May 1, 2017, awarding fees in the amount of $18,086.20.

Notwithstanding the foregoing, nothing in this Order shall alter or amend any amounts claimed to be due and owing under the $2,500 judgment issued by the Court on August 15, 2018 at Dkt. No. 144.  The Court finds that the judgment represents the sole remaining amounts owed by the Debtors to the Thompson Law Group, P.C. for fees generated in this case, and upon payment in full according to its terms, all such remaining obligations will be satisfied, waived, or otherwise resolved.

Dated: 4/9/20

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24514-GLT
Valerian A. Karlski                                                     Chapter 13
Renee J. Karlski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy              Page 1 of 1              Date Rcvd: Apr 09, 2020
                                Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db/jdb          +Valerian A. Karlski,    Renee J. Karlski,    PO Box 89,    Monessen, PA 15062-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com
          Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com,
           justin-mccall@comcast.net
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com
          Luke A. Sizemore    on behalf of Creditor    JPMorgan Chase Bank, National Association
           lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Michael John Clark    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@metzlewis.com,
           slohr@metzlewis.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance
           Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 18