FILED
4/21/20 6:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 15-24514-GLT |
| : | Chapter 13 |
| VALERIAN A. KARLSKI AND : | |
| RENEE J. KARLSKI : | Related Dkt. No. 210 |
| Debtors, : | |
| : | |

**ORDER**

The Debtors, Valerian and Renee Karlski, successfully completed their chapter 13 plan and received a discharge on April 15, 2020. [Dkt. No. 206]. The Court is now in receipt of a letter from the Debtors dated April 12, 2020 [Dkt. No. 210] which raises two issues concerning the status of their mortgage obligations and the payment of outstanding attorneys' fees. Both issues were resolved by the Court's recent orders, which were presumably not yet received by the Debtors when they authored the letter.

On April 9, 2020, the Court entered an *Order* which found that Debtors' mortgage obligations to JP Morgan Chase Bank, N.A. were "current through the end of March 2020." [Dkt. No. 201]. Any reconciliation of payments accruing (or paid) after April 1, 2020 is between the Debtors and JP Morgan and falls outside the jurisdiction of this Court. In addition, the Court entered an order approving the fee application of Thompson Law Group, P.C. on April 9, 2020. [Dkt. No. 202]. By its own terms, the Court's April 9 Order did not "alter or amend any amounts claimed to be due and owing under the $2,500 judgement issued by the Court on April 15, 2018." To the extent the Debtors and their counsel agree to different payment terms for the judgement, it is again a matter for them to address without this Court's involvement.

As the chapter 13 trustee's final report was approved and the Debtors received their discharge, there are no remaining or pending matters for this Court to address. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk is directed to close the case.

Dated: 4/21/20

_____
GREGORY L. TADDONIUM
UNITED STATES BANKRUPTCY JUDGE

cm: Debtors

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-24514-GLT
Valerian A. Karlski                                                     Chapter 13
Renee J. Karlski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 1             Date Rcvd: Apr 22, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2020.
db/jdb         +Valerian A. Karlski,    Renee J. Karlski,    PO Box 89,    Monessen, PA 15062-0089

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Brian C. Thompson    on behalf of Joint Debtor Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Renee J. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Valerian A. Karlski bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Pacific Union Financial LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Justin L. McCall    on behalf of Creditor    First Commonwealth Bank jmccall@lenderlaw.com,
               justin-mccall@comcast.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Luke A. Sizemore    on behalf of Creditor    JPMorgan Chase Bank, National Association
               lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Michael John Clark    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Roger P. Poorman    on behalf of Defendant    First Commonwealth Bank rpoorman@metzlewis.com,
               slohr@metzlewis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    Honda Financial Services dba American Honda Finance
               Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 18